IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE RIOS, *et al.*,

        Plaintiffs,                   No. 2:12-cv-2439 KJM AC PS

    vs.

BANK OF AMERICA, *et al.*,

        Defendants.                <u>ORDER</u>

        This matter was initially referred to the undersigned for pretrial management because plaintiffs were proceeding pro se.

        On January 16, 2013, plaintiffs filed a motion for substitution of counsel, which was granted by order dated January 17, 2013.  Because plaintiffs are now proceeding in this matter with counsel, pretrial matters other than discovery motions should be noticed before the District Judge assigned to this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  This matter is referred back to the District Judge assigned to this action;

        2.  All dates pending before the undersigned are vacated; and

////

1

3. Henceforth the caption on documents filed in this action shall be CIV 2:12-cv-2439 KJM AC.

DATED: January 17, 2012.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;rios2439.refer.dj